IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DELORIS GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05CV1022-W |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Judgment of the United States Court of Appeals for the Eleventh Circuit, issued as a mandate on January 8, 2008, vacating the previous judgment of this court, it is the ORDER, JUDGMENT and DECREE of this court that the decision of the Commissioner is REVERSED, and this action is REMANDED to the Commissioner for a determination of whether there was sufficient evidence to rebut the presumption that plaintiff manifested deficits in adaptive function before the age of 22.

DONE, this 9th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE